The People of the State of Illinois, Plaintiff-Appellee, *v.* Allen W. Miller, Defendant-Appellant.

(No. 74-391; )

Fifth District—May 9, 1975.

Opinion by Mr. JUSTICE CARTER.

Gerald D. Owens, of Benton, for appellant.

Loren P. Lewis, State's Attorney, of Benton (Bruce D. Irish, of Illinois State's Attorneys Association), for the People.